FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -8  A 11: 09

CLERK'S OFFICE
AT BALTIMORE
_____DEPUT

209 Reliance Ave.
Federalsburg, MD 21632
January 7, 2003

**VIA FACSIMILE (410-962-2698)**
The Honorable J. Frederick Motz,
United States District Court
For the District of Maryland
Baltimore, Maryland 21201

Re: Norman L. Nichols v. Caroline County Board of Education
Civil Case No: JFM-02-CV-3523

Dear Judge Motzs:

Your Honor, please find attached a letter from Mr. Stellman, Esquire addressed to Mr.Stephen H. Sacks, Esquire (my former attorney in this matter) agreeing to an extension of ten days to respond to the Defendants Motion to Stay Proceedings. It is with the acknowledgement of this agreement that I formally and respectfully ask the Honorable court to grant such an extension for the following reasons:

a. the Plaintiff and his former attorney (Mr. Sacks) were not able to come to an agreement on matters pertaining to a related case to the above captioned case and subsequently, the Plaintiff has recently had to coordinate efforts in obtaining new counsel in that related matter.

b. the Plaintiff has made attempts to obtain new counsel in the above captioned matter in order to protect his rights, however, he (the Plaintiff) has been unsuccessful in doing so to date.

c. the Plaintiff needs more time to assemble the necessary information required in order to file a response in the above captioned concern in the event of his not being able to obtain new counsel to do so.

It is for the above mentioned reasons that I, the plaintiff in this matter, again respectfully request that an extension be granted by your Honor. I do beg the court's indulgence. Thank you.

Sincerely,

Norman L. Nichols, Jr.
Plaintiff
(410) 754- 1111

Attachment:
Cc: Mr. Leslie R. Stellman, Esquire

**HU**
**P&K**

## HODES, ULMAN, PESSIN & KATZ, P.A.

901 Dulaney Valley Road | Suite 400 | Towson, MD 21204
phone 410.938.8800 | fax 410.823.6017 | www.hupk.com

<u>Writer's Direct Line</u>:
410-339-6752

<u>Writer's Direct Fax</u>:
410-938-8909

lstellman@hupk.com

January 2, 2003

**Via Facsimile: (410) 685-5113 and Regular Mail**
**Stephen H. Sacks, Esquire**
**The B & O Building**
**Suite 330**
**Two N. Charles Street**
**Baltimore, Maryland   21201**

> Re: <u>Norman L. Nichols v. Caroline County Board of Education</u>
> In the United States District Court for the District of Maryland
> Civil Action No.: JFM-02-CV-3523

Dear Steve:

This is a confirmation of our telephone conversation on Monday, December 30, 2002, in which I agreed that the Defendants in the above matter would not object to your request for an additional ten (10) days' extension of time in which to respond to Defendants' Motion for Stay Proceedings.

Sincerely yours,

Leslie Robert Stellman (TM)

Leslie Robert Stellman

LRS:br

*The Maryland Law Firm*
TOWSON     COLUMBIA     BEL AIR     CAMBRIDGE     BETHESDA     HAVRE DE GRACE