```
                                              FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF MARYLAND
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MARYLAND 2003 JAN 10  A 11: 20
                  BALTIMORE DIVISION
```

| | |
|---|---|
| NORMAN L. NICHOLS, JR. | * |
| 209 Reliance Avenue | |
| Federalsburg, Maryland 21632 | *  CASE NO. 02CV3523 |
| Plaintiff | * |
| Vs. | * |
| CAROLINE COUNTY BOARD OF | * |
| EDUCATION | |
| 204 Franklin Street | * |
| Denton, Maryland 21629 | |
| Defendant | |
| | * |

*****************************************************************

## ORDER

Upon consideration of the Plaintiff's Motion to Leave to Strike Appearance, it is hereby this ___ day of _____, 2003,

ORDERED, that this Court grant Plaintiff's attorney leave to withdraw his appearance in the within case.

_____
JUDGE

3

