UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

NORMAN L. NICHOLS, JR.　　　＊
209 Reliance Avenue
Federalsburg, Maryland 21632　＊　CASE NO. 02CV3523

　　Plaintiff　　　　　　　＊
　　vs.
　　　　　　　　　　　　　＊
CAROLINE COUNTY BOARD OF
EDUCATION　　　　　　　　＊
204 Franklin Street
Denton, Maryland 21629　　＊

　　Defendant　　　　　　　＊
************************************************************

### ORDER EXTENDING TIME FOR FILING RESPONSE TO DEFENDANTS' MOTION FOR STAY PROCEEDINGS

The Plaintiff's Motion to Extend Time for Filing Response to Defendants' Motion for Stay Proceedings having been read and considered by the Court and good cause having been shown, it is hereby

**ORDERED** by the United States District Court for the District of Maryland Baltimore Division that the Plaintiff be and he is hereby granted an extension of time to file a Response to the Defendants' Motion until January 20, 2003.

Dated: Jan 10, 2003

_____
Judge