IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NORMAN L. NICHOLS, JR.** : | |
| : | Civil Action No. |
| **Plaintiff** : | JFM-02-CV-3523 |
| v. : | |
| : | |
| **CAROLINE COUNTY BOARD** : | |
| **OF EDUCATION** : | |
| **Defendant** : | |
| : : : | |

## ORDER

Having considered Plaintiff's Unopposed Motion For Extension of Time To Amend Complaint, and To File Response To Motion To Dismiss, and For Modification of Scheduling Order, it is this 27th day of Feb, 2003, hereby

ORDERED, that Plaintiff's Motion is granted and the Scheduling Order is hereby modified as follows:

1. 3/10/03 - Plaintiff's Amended Complaint due;
2. 3/24/03 - Defendant's Answer and/or Response to Amended Complaint;
3. 7/29/03 - Discovery deadline and status report due;
4. 8/29/03 - Summary Judgment deadline;

Honorable J. Frederick Motz
United States District Judge

With true test copies to:

Frederick P. Charleston, Esq.
2530 North Charles Street, Ste. 201
Baltimore, MD. 21218

Attorney for Plaintiff

And to

Leslie Robert Stellman, Esq.,
Hodes, Ulman, Pressin & Katz
901 Dulaney Valley Road
Towson, MD. 21204

Attorney for Defendant