IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NORMAN L. NICHOLS, JR. | * |
| | * |
| v. | *  Civil No. JFM-02-3523 |
| | * |
| CAROLINE COUNTY BOARD OF EDUCATION | * |
| | ***** |

ORDER

Upon consideration of defendant's motion for extension of time to file amended complaint, it is, this 14th day of March 2003

ORDERED that the deadline for plaintiff to file an amended complaint be extended to and including March 12, 2003, *nunc pro tunc.*

Your Motion For Extension Of Time To File Amended Complaint was received in paper format on March 10, 2003. This document should ha ve been filed electronically. A one time exception has been made and the paper document has been filed. All future filings in this case should be made in accordance with the policies and procedures of this court on electronic filing. Those policies and procedures are available on the courts website: www.mdd.uscourts.gov.

If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the court's website.

Please be advised that any future filings which are not made electronically will be returned to you.

/s/

J. Frederick Motz
United States District Judge

2