IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHORS, JR.        *
                              *
         v.                   *   Civil No. JFM-02-3523
                              *
CAROLINE COUNTY BOARD         *
OF EDUCATION                  *
                           *****

ORDER

Defendant filed a partial motion to dismiss or for partial summary judgment as to plaintiff's initial complaint. Plaintiff has now filed an amended complaint. Accordingly, it is, this 26th day of March 2003

ORDERED that defendant's partial motion to dismiss complaint or in the alternative motion for partial summary judgment is denied as moot, provided, however, that defendant may raise anew any of the issues presented by the motion in the event that defendant believes they are not cured by the amended complaint.

/s/
J. Frederick Motz
United States District Judge