IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN L. NICHOLS, JR., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. JFM-02-CV-3523 |
| CAROLINE COUNTY BOARD OF EDUCATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2003, a copy of Defendant's Notice of Deposition and Certificate of Service were served by first class mail, postage prepaid, upon the following:

>Frederick P. Charleston, Esquire
>2530 N. Charles Street, Suite 201
>Baltimore, Maryland 21202
>(410) 662-0010
>
>**ATTORNEY FOR THE PLAINTIFF**

>Respectfully submitted,
>
>_____/s/_____
>Leslie Robert Stellman
>Hodes, Ulman, Pessin & Katz, P.A.
>901 Dulaney Valley Road, Suite 400
>Towson, Maryland 21204
>(410) 339-6752
>
>**ATTORNEY FOR THE DEFENDANT**