**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NORMAN L. NICHOLS, JR.                    *

      Plaintiff                    *

v.                                        *        CIVIL ACTION NO.

CAROLINE COUNTY BOARD                     *
   OF EDUCATION                           JFM-02-CV-3523
                                          *
      Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>JOINT MOTION TO MODIFY SCHEDULING ORDER</u>

The parties, through undersigned counsel, hereby request to modify the Scheduling Order and for good cause state:

1.    The Scheduling Order was modified once before by Order dated February 27, 2003.  The Order set a deadline for discovery and the parties' status reports on July 29, 2003 and a deadline for summary judgment motions on August 29, 2003.

2.    The parties have mutually agreed to extend the time for discovery for an additional 60 days, subject to this Court's approval, to allow the parties additional time to complete discovery.  The parties have also mutually agreed, subject to this Court's approval, to extend the deadline for summary judgment an additional 60 days.

3.    Under the schedule proposed by the parties, the deadline for discovery would be September 29, 2003, and the deadline for motions for summary judgment would be October 29, 2003.

4.    The extension sought will not cause undue delay.

5.    The Court has not set a pretrial conference or trial date in this matter.

Wherefore, the parties request that this Court amend the Scheduling Order by adopting the deadlines set forth above.


_____/s/_____

Frederick P. Charleston
(Federal Bar No. 02933)
2530 N. Charles St.
Suite 201
Baltimore, Maryland  21202
(410) 662-0010

_____/s/_____

Leslie Robert Stellman
(Federal Bar No. 01673)

_____/s/_____

Steven B. Schwartzman
(Federal Bar No. 04686)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road, Suite 400
(410) 938-8800
(410) 938-8909 fax
Attorneys for Defendant


SO ORDERED, this _____ day of _____, 2003


_____
The Honorable J. Frederick Motz
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHOLS,                                *

              Plaintiff,                *

v.                                                *         Case No. JFM-02-CV-3523

CAROLINE COUNTY BOARD                             *
 OF EDUCATION,
                                                  *
              Defendant.

                        *      *      *

## NOTICE OF SERVICE

I hereby certify, that on this 16th day of July, 2003, a copy of the Joint Motion to

modify Scheduling Order, which was electronically filed in this case on July 16, 2003, was

mailed via first-class mail, postage prepaid to:

Frederick P. Charleston, Esquire
2430 North Charles Street
Suite 201
Baltimore, Maryland   21281

                           /s/
                         Steven B. Schwartzman
                         (Federal Bar No. 04686)
                         HODES, ULMAN, PESSIN & KATZ, P.A.
                         901 Dulaney Valley Road - Suite 400
                         Towson, Maryland  21204-2600
                         Tele:  (410) 938-8800
                         Fax:  (410) 938-8909

                         Attorney for Defendants