IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN L. NICHOLS, JR. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. |
| CAROLINE COUNTY BOARD OF EDUCATION | * | JFM-02-CV-3523 |
| Defendant | * | |

*************************************************************************

## DEFENDANT'S STATUS REPORT

NOW COMES Defendant Caroline County Board of Education ("Board of Education") and, by its undersigned counsel, hereby files this Status Report, pursuant to the Court's January 30, 2003 Scheduling Order:

1.  *whether or not discovery has been completed.*

    Discovery has been completed.

2.  *whether or not any motions are pending.*

    No motions are pending.

3.  *whether or not any party intends to file motions.*

    Defendant intends to file a motion for summary judgment.

4.  *the anticipated length of trial.*

      Defendant anticipates a five to six day trial.

5.    *the possibility that the case will be settled.*

      Defendant does not anticipate that settlement is likely.

                    /s/
                Leslie Robert Stellman
                Federal Bar No. 01673

                      /s/
                Steven B. Schwartzman
                Federal Bar No. 04686

                HODES, ULMAN, PESSIN & KATZ, P.A.
                Dulaney Valley Road, Suite 400
                Towson, Maryland  21204
                Tele: (410) 938-8800
                Facsimile: (410) 938-8909

                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 29th day of September, 2003, a copy of the Defendant's Status Report was mailed via first-class mail, postage prepaid to Frederick P. Charleston, Esquire, 2530 N. Charles Street, Suite 201, Baltimore, Maryland  21202, attorney for Plaintiff.

                                                Steven B. Schwartzman

G:\files\STEVE\Caroline County BOE-Nichols status report.doc