IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHOLS           :

                                   :       Civil Action No.
           Plaintiff
v.                          :       JFM-02-CV-3523

                                   :
CAROLINE COUNTY BOARD
OF EDUCATION               :

           Defendant       :

                                 :       :       :

## PLAINTIFF'S STATUS REPORT

Plaintiff, by his attorney, Frederick P. Charleston, Esq., respectfully submits the following Status Report.

### I.   DISCOVERY

Discovery has been essentially completed with a few minor housekeeping matter s to be completed.

### II.   PENDING MOTIONS

There are no pending motions.

### III.   INTENT TO FILE MOTION

Plaintiff intends to file a motion to amend his complaint to add a retaliation claim which occurred subsequent to the filing of this action. This Motion will be filed by close of business September 30, 2003. Plaintiff has not yet decided whether he will file a motion for summary judgment.

### IV.   ANTICIPATED LENGTH OF TRIAL

Plaintiff anticipates the trial will last three (3) days.

**V.     SETTLEMENT POSSIBILITY**

Plaintiff stands ready to discuss settlement but suspects the possibility of settlement is remote.

                      Respectfully Submitted,

                      _____
                      Frederick P. Charleston, Esq.
                      Attorney at Law
                      Fed. Ct. Bar No. 02933
                      2530 N. Charles St., Suite 201
                      Baltimore, Maryland  21202
                      (410) 662-0010

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of September, 2003, a copy of the foregoing Status Report was mailed first class, postage prepaid, to Leslie Robert Stellman, Esq., and Steven B. Schwartzman, Esq., Hodes, Ulman, Pressin & Katz, 901 Dulaney Valley Road, Towson, MD. 21204.

                      _____
                      Frederick P. Charleston, Esq.