IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN L. NICHOLS, JR. | * | |
| | * | |
| v. | * | Civil No. JFM-02-3523 |
| | * | |
| CAROLINE COUNTY BOARD OF EDUCATION | * | |
| | ***** | |

ORDER

The proposed confidentiality order you submitted, paper #29, does not appear to comply with the requirements of Local Rules 104.13 and 105.11 (which are designed to implement applicable Fourth Circuit law).  Please review the proposed order and the Local Rules and either submit a new proposed order or advise me that you believe that the order you have already proposed does comply with the Local Rules.

A proposed form "Stipulated Order Regarding Confidentiality of Discovery Material" is included in Appendix D of the Local Rules.  You may want to review that form order.  The order is available on our website under "Local Rules."


Date: September 30, 2003          /s/
                                  J. Frederick Motz
                                  United States District Judge