# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                      Reply to Northern Division Address

October 17, 2003

Steven B. Schwartzman
Hodes Ulman Pessin and Katz PA
901 Dulaney Valley Rd Ste 400 Towson, MD 21204

                            Re:     Case No. JFM-02-3523

Dear Counsel/Party:

      Your Surreply was filed electronically on October 16, 2003; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery material received.
- ☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
- ☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
- ☐ A Certificate of Service indicating how service was made on parties not receiving electronic notification has not been filed.
- ☐ Attachments or exhibits missing.

**Miscellaneous:**
- ☒ Other.   Leave of Court is required to file a Surreply

Very truly yours,

/s/
J. Frederick Motz
United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in error Letter - Judge's version

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**