UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 17, 2003

Memo To Counsel Re: Norman Nichols v. Caroline County Board of Education
Civil No. JFM-02-3523

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion to file second amended complaint.

In light of the advanced stage of this litigation (defendant is to file a summary judgment motion by October 29, 2003), plaintiff's motion is denied. If plaintiff wants to pursue a retaliation claim for his loss of two months' salary, he may do so after he has exhausted his administrative remedies.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge