IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHOLS, JR.                    *

    Plaintiff                    *

v.                    *          CIVIL NO.  JPM02CV3523

CAROLINE COUNTY BOARD                    *
OF EDUCATION
                    *

    Defendant                    *

   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF FILING OF LENGHTY EXHIBITS

        Exhibits 1 through 33, which are attachments to Defendant's Motion for Summary Judgment and

Request for Hearing, and Memorandum In Support Thereof, exists only in paper format and if scanned

will be larger than 1.5 MB.  It will be filed with the Clerk's Office in paper format.

        I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the

documents identified.


October 29, 2003                                         /s/
Date                                       Leslie Robert Stellman
                                       (Federal Bar No. 1673)



                                         /s/
                                       Steven B. Schwartzman
                                       (Federal Bar No. 04686)
                                       HODES, ULMAN, PESSIN & KATZ, P.A.
                                       901 Dulaney Valley Road - Suite 400
                                       Towson, Maryland  21204
                                       410-339-6746
                                       410-938-8909 fax

                                       Attorneys for Defendant