**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **NORMAN L. NICHOLS, JR.** | : | |
| | : | **Civil Action No.** |
| | | **JFM-02-CV-3523** |
| **Plaintiff** | : | |
| v. | | |
| | : | |
| | : | |
| **CAROLINE COUNTY BOARD** | | |
| **OF EDUCATION** | : | |
| **Defendant** | : | |
| : : : | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO FOR SUMMARY JUDGMENT**

Plaintiff, by his attorney, Frederick P. Charleston, Esq., respectfully moves the court to extend the time to file his opposition to Defendant's Motion For Summary Judgment up to and including December 9, 2003, and as grounds therefore, asserts:

1.   Plaintiff's opposition is due December 9, 2003.

2.   Defendant's Motion and Memorandum consists of 38 pages plus 33 exhibits and seeks to resolve all issues in this case.

3.   While significant progress to completing the opposition to the motion for summary judgment has been made, because of plaintiff's counsel's press of business and other matters, it is unlikely that the final document can be completed by the due date.

4.   Counsel for Defendant have authorized counsel for Plaintiff to represent herein that they have no objection to the granting of this motion for extension.

Wherefore, for the reasons set forth above, or for whatever other reasons the Court deems just and proper, Plaintiff requests the Court extend the time for filing his

opposition to Defendant's motion for summary judgment up to and including December 9, 2003.

                Respectfully Submitted,

                _____/s/_____
                Frederick P. Charleston, Esq.
                Attorney at Law
                Fed. Ct. Bar No. 02933
                2530 N. Charles St., Suite 201
                Baltimore, Maryland  21218
                (410) 662-0010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2003, a copy of the foregoing Unopposed Motion for Extension of Time To File Opposition To Motion For Summary Judgment was served via facsimile and mailed first class, postage prepaid, to Steven B. Schwartzman, Esq., and Leslie Robert Stellman, Esq., Hodes, Ulman, Pressin & Katz, 901 Dulaney Valley Road, Towson, MD. 21204.

                _____/s/_____
                Frederick P. Charleston, Esq.