**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **NORMAN L. NICHOLS, JR.** | : | |
| | : | **Civil Action No. JFM-02-CV-3523** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **CAROLINE COUNTY BOARD OF EDUCATION** | : | |
| **Defendant** | : | |
| | : : : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO FOR SUMMARY JUDGMENT

Plaintiff, by his attorney, Frederick P. Charleston, Esq., respectfully moves the court to extend the time to file his opposition to Defendant's Motion For Summary Judgment up to and including December 30, 2003, and as grounds therefore, asserts:

1.      Plaintiff's opposition is due December 16, 2003.

2.      Defendant's Motion and Memorandum consists of 38 pages plus 33 exhibits and seeks to resolve all issues in this case.

3.      The Court granted an additional extension up to the 16th of December because of counsel's physical condition. While counsel has improved significantly, his condition, along with other press of business as a solo practitioner, has not allowed him to progress towards completion of the opposition as he had anticipated. In addition, Plaintiff suffers from diabetes, and recent blood sugar elevations have restricted his ability to provide Counsel with necessary assistance.

4.      Plaintiff and Counsel regret having to seek an additional extension. Under the circumstances and with the onset of the holiday season, Plaintiff and Counsel are asking for an additional two (2) weeks to file the completed opposition.

Plaintiff and Counsel would represent that no additional extensions will be sought except, obviously, under the most extraordinary of circumstances.

5.    Counsel for Defendant have graciously authorized counsel for Plaintiff to represent herein that they have no objection to the granting of this motion for an additional extension of time.

Wherefore, for the reasons set forth above, or for whatever other reasons the Court deems just and proper, Plaintiff requests the Court extend the time for filing his opposition to Defendant's motion for summary judgment up to and including December 30, 2003.

Respectfully Submitted,

_____/s/_____
Frederick P. Charleston, Esq.
Attorney at Law
Fed. Ct. Bar No. 02933
2530 N. Charles St., Suite 201
Baltimore, Maryland  21218
(410) 662-0010

## CERTIFICATE  OF  SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2003, a copy of the foregoing Unopposed Motion for Extension of Time To File Opposition To Motion For Summary Judgment was served via facsimile and mailed first class, postage prepaid, to Steven B. Schwartzman, Esq., and Leslie Robert Stellman, Esq., Hodes, Ulman, Pressin & Katz, 901 Dulaney Valley Road, Towson, MD. 21204.

_____/s/_____
Frederick P. Charleston, Esq.