IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NORMAN L. NICHOLS, JR.** | : |
| | :     Civil Action No. |
| | :     JFM-02-CV-3523 |
| **Plaintiff** | : |
| v. | : |
| | : |
| **CAROLINE COUNTY BOARD OF EDUCATION** | : |
| | : |
| **Defendant** | : |
| : : : | |

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits 1 through 29, which are attachments to Plaintiff's Opposition To Defendant's Motion For Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified.

<u>December 30, 2003</u>               Respectfully Submitted,
Date

                                        _____
                                        Frederick P. Charleston, Esq.
                                        Attorney at Law
                                        Fed. Ct. Bar No. 02933
                                        2530 N. Charles St., Suite 201
                                        Baltimore, Maryland  21218
                                        (410) 662-0010

                                        Attorney For Plaintiff

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 30th day of December, 2003, a copy of Plaintiff's Notice of Filing of Lengthy Exhibits was served electronically and mailed first class, postage prepaid, to Leslie Robert Stellman, Esq., and Steven B. Schwartzman, Esq., Hodes, Ulman, Pressin & Katz, 901 Dulaney Valley Road, Towson, MD. 21204.

                                                        _____
                                                        Frederick P. Charleston, Esq.