IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN L. NICHOLS, JR. | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JPM02CV3523 |
| CAROLINE COUNTY BOARD OF EDUCATION | * | |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE SURREPLY

Defendant Caroline County Board of Education ("Board"), by its attorneys, files this Opposition to Plaintiff's motion to file a surreply in response to Defendant's motion for summary judgment. Defendant notes that under the Local Rules of the U.S. District Court for the District of Maryland, surreply memoranda are not permitted to be filed unless otherwise ordered by the court. See Local Rule 105(2)(a). Plaintiff has not articulated sufficient grounds to allow for the filing of a surreply. The Local Rules do not ordinarily permit a plaintiff to have the "last word" in summary judgment proceedings.

For the foregoing reasons, Defendant requests that Plaintiff's motion be denied.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　Leslie Robert Stellman
　　　　　　　　　　　　　　　　　(Federal Bar No. 1673)

                /s/
Steven B. Schwartzman
(Federal Bar No. 04686)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road - Suite 400
Towson, Maryland  21204
410-339-6746
410-938-8909 fax

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 28th day of January, 2004, a copy of the foregoing Opposition to Motion to File Surreply was electronically filed in the United States District Court for the District of Maryland and mailed first-class, postage prepaid to Frederick P. Charleston, Esquire, 2530 North Charles Street, Suite 201, Baltimore, Maryland  21201.

                /s/
Steven B. Schwartzman

G:\files\STEVE\Caroline County BOE-Nichols\summary judgment\opposition to motion to file surreply.doc