IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN NICHOLS, JR.          *
                                                   *

    v.                           *   Civil No. JFM-02-3523
                                                   *

CAROLINE COUNTY BOARD        *
OF EDUCATION                 *
                                               *****

ORDER

It appearing that defendant raised certain new issues in its reply memorandum, it is, this 3rd day of February 2004

ORDERED that plaintiff's motion to file surreply is granted.

/s/
J. Frederick Motz
United States District Judge