IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHOLS, JR.     :
                           :     Civil Action No.
                           :     JFM-02-CV-3523
        Plaintiff          :
  v.                       :
                           :
CAROLINE COUNTY BOARD      :
OF EDUCATION               :
                           :
        Defendant          :
              :   :   :

**NOTICE OF FILING OF EXHIBITS**

Exhibits 1 through 3, which are attachments to Plaintiff's Surreply To Defendant's Reply To Plaintiff's Opposition To Defendant's Motion For Summary Judgment exist only in paper format and I was unable to successfully scan and electronically submit them with the pleading. They will be filed with the Clerk's Office in paper format.

I certify that I have mailed these exhibits on the 12th day of February, 2004 to the Clerk's Office.

February 12, 2004                          Respectfully Submitted,
Date

                                           _____
                                           Frederick P. Charleston, Esq.
                                           Attorney at Law
                                           Fed. Ct. Bar No. 02933
                                           2530 N. Charles St., Suite 201
                                           Baltimore, Maryland 21218
                                           (410) 662-0010

                                           Attorney For Plaintiff

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of February, 2004, a copy of Plaintiff's Notice of Filing of Exhibits was served electronically and mailed first class, postage prepaid, to Leslie Robert Stellman, Esq., and Steven B. Schwartzman, Esq., Hodes, Ulman, Pressin & Katz, 901 Dulaney Valley Road, Towson, MD. 21204.

                                                      _____
                                                      Frederick P. Charleston, Esq.