IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHOLS, J.R.          *
                                 *
v.                               *   Civil No. JFM-02-3523
                                 *
CAROLINE COUNTY BOARD            *
OF EDUCATION                     *
                              *****

ORDER

For the reasons stated in the accompanying opinion, it is, this 23rd day of February 2004,

ORDERED that

1. Defendants' motion for summary judgment is granted.

2. Judgment is entered in favor of the defendants; and

3. This case is closed.


    /s/
J. Frederick Motz
United States District Judge