`IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHOLS, JR.       *

     Plaintiff               *

     v.                    *     CIVIL NO.  JFM-02-3523

CAROLINE COUNTY BOARD       *
OF EDUCATION
                                *

     Defendant           *

*    *    *    *    *    *    *    *    *    *    *    *    *    *

## DEFENDANT'S BILL OF COSTS

     The Board of Education of Caroline County, Defendant, by its undersigned counsel Leslie R. Stellman, Steven B. Schwartzman, and Hodes, Ulman, Pessin & Katz, P.A., and pursuant to Local Rule 109, hereby requests, as more fully supported in the accompanying Memorandum of Law, that Plaintiff be ordered to pay the Defendant all recoverable costs incurred by it in this action.

                                           Respectfully submitted,

                                         _Leslie Robert Stellman_

                                         Leslie Robert Stellman
                                         Federal Bar No. 01673
                                         Steven B. Schwartzman
                                         Federal Bar No. 04686
                                         Hodes, Ulman, Pessin & Katz, P.A.
                                         901 Dulaney Valley Road
                                         4th Floor
                                         Towson, Maryland 21204
                                         410-938-8800
                                         410-938-8909

                                       ATTORNEYS FOR THE DEFENDANT BOARD OF EDUCATION OF CAROLINE COUNTY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February 2004, a copy of the foregoing Bill of Costs was filed electronically, faxed and mailed via first class mail, postage pre-paid, to Frederick P. Charleston, 2530 North Charles Street, Suite 201, Baltimore, MD  21218, Attorney for Plaintiff

Steven B. Schwartzman

G:\files\steve\caroline County BOE-Nichols\Bill of Costs.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHOLS, JR.        *

     Plaintiff              *

     v.                  *     CIVIL NO. JFM-02-3523

CAROLINE COUNTY BOARD    *
OF EDUCATION
                       *

     Defendant
                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S BILL OF COSTS

Defendant Board of Education of Caroline County, by its undersigned counsel Leslie Robert Stellman, Steven B. Schwartzman, and Hodes, Ulman, Pessin & Katz, P.A., pursuant to Local Rule 109(1), submits this Memorandum of Law in support of its Bill of Costs and states:

1.      That pursuant to Rule 54 of the <u>Federal Rules of Civil Procedure</u>, Defendant, as a prevailing party, shall be allowed to recover costs incurred by it in the course of this action.

2.      That pursuant to Section 1920 of Title 28 of the <u>United States Code</u>, the Court may tax against the Plaintiff the following costs:

     (1)  Fees of the Clerk;

     (2)  Fees of a court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;

     (3)  Fees and disbursements for printing and witnesses;

     (4)  Fees for exemplification and copies of papers necessarily obtained for use in the case;

     (5)  Docket fees; and

     (6)  Compensation of court appointed experts and interpreters.

3.    That there is a presumption that costs are to be awarded to the prevailing party. See Cherry v. Champion Int'l Corp., 186 F.3d 442, 446 (4th Cir. 1999) ("By mandating that, subject to court intervention, costs be allowed to a prevailing party 'as of course,' the rule creates the presumption that costs are to be awarded to the prevailing party.")

4.    That Defendant incurred the following costs:

## COST SCHEDULE

Transcript Charges for Depositions

| | | | |
|---|---|---|---|
| a. | Art Miller & Assoc., Inc. (Deposition of Norman L. Nichols) | Invoice No. 7795 | $751.40 |
| b. | Art Miller & Assoc., Inc. (Deposition of Janet Fountain) | Invoice No. 9535 | $495.12 |
| c. | Art Miller & Assoc., Inc. (Deposition of Larry Lorton, Ph.D) | Invoice No. 9430 | $508.50 |
| d. | Art Miller & Assoc., Inc. (Deposition of Robert Eugene Smith) | Invoice No. 9428 | $248.55 |

**SUBTOTAL:**    **$2,003.57**

5.    That courts have consistently awarded employers costs for deposition transcripts.    See Cherry, 186 F.3d at 449 (awarding employer approximately $2,300.00 in transcription costs); EEOC v. W & O Inc., 213 F.3d 600, 620, 623-24 (11th Cir. 2000) (noting that deposition costs may be awarded to prevailing parties under § 1920(2)); Cengr v. Fusibond Piping Systems, 135 F.3d 445, 453-54 (7th Cir. 1998) (finding that deposition costs are authorized under § 1920(2) as stenographic transcripts and awarding employer approximately $2,000.00 for deposition costs).

6.    That these costs are supported by the attached affidavit and the attached invoices. (See copy of Affidavit attached hereto as **Exhibit 1,** and invoices attached hereto as **Exhibits 2 -5**).

2

WHEREFORE, Defendant respectfully requests that the Plaintiff be ordered to reimburse Defendant the amount of **$2,003.57** for costs incurred in this action.

Respectfully submitted,

_____
Leslie Robert Stellman
Federal Bar No. 01673
Steven B. Schwartzman
Federal Bar No. 04686
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road
4th Floor
Towson, Maryland 21204
410-938-8800
410-938-8909

**ATTORNEYS FOR THE DEFENDANT BOARD OF
EDUCATION OF HARFORD COUNTY**

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of February 2004, a copy of the foregoing Memorandum of Law In Support of Defendant's Bill of Costs filed electronically, faxed and mailed via first class mail, postage pre-paid, to Frederick P. Charleston, 2530 North Charles Street, Suite 201, Baltimore, MD 21218, Attorney for Plaintiff.

_____
Steven B. Schwartzman

G:\files\steve\caroline County BOE-Nichols\Bill of Costs.doc

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHOLS, JR.             *

      Plaintiff                  *

      v.                    *     CIVIL NO.  JFM-02-3523

CAROLINE COUNTY BOARD     *
OF EDUCATION
                          *

      Defendant              *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S BILL OF COSTS

I, Steven B. Schwartzman, Esq., being over the age of 18 and competent to testify, state as follows:

1.  I have served as counsel to the Defendant in the above-captioned case, and in that capacity I am personally familiar with the costs incurred in defending this lawsuit.

2.  The costs stated in the supporting Memorandum of Law are correct and have been necessarily incurred in this cause of action.

3.  The services for which fees have been charged were actually and necessarily performed.

4.  The invoices and/or other documents reflecting the charges incurred by the Defendant for the various costs associated with the defense of the instant lawsuit that are attached to the Memorandum of Law are true and accurate summaries of the expenses and costs incurred by this office on behalf of Defendant in defending Plaintiff's suit for damages as a result of the extensive documents and pleadings required in this case.



EXHIBIT

1

I HEREBY AFFIRM that the foregoing Affidavit is true and accurate to the best of my knowledge, information, and belief, as are the enumerated costs identified in the accompanying invoices and other documents. Sworn this 25th day of February, 2004.

_____
Steven B. Schwartzman
Federal Bar No. 04686
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road
4th Floor
Towson, Maryland 21204
410-938-8800
410-938-8909

**ATTORNEY FOR THE DEFENDANT BOARD OF EDUCATION OF CAROLINE COUNTY**

2

# Art Miller & ASSOCIATES, INC.

**COURT REPORTERS AND VIDEOGRAPHERS**

reporting@artmiller.com • www.artmiller.com

**P.O. Box 5337 • Baltimore, MD 21209**

LESLIE ROBERT STELLMAN, ESQIRE
HODES, ULMAN, PESSIN & KATZ, P.A.
901 DULANEY VALLEY ROAD
SUITE 400
TOWSON, MD 21204-2600

# STATEMENT

| ACCOUNT NUMBER | DATE |
|---|---|
| HODETO02 | 08/01/2003 |

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| 751.40 | .00 | .00 |

| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
|---|---|---|
| .00 | .00 | 751.40 |

| | PAGE 1 | OF 1 |
|---|---|---|

07/07/2003    7795    751.40  06/10/2003  NORMAN NICHOLS      NICHOLS VS CAROLINE COUNTY BD

52-1694968

*Please detach bottom portion and return with payment.*

## CLIENT

LESLIE ROBERT STELLMAN, ESQIRE
HODES, ULMAN, PESSIN & KATZ, P.A.
901 DULANEY VALLEY ROAD
SUITE 400
TOWSON, MD 21204-2600

Account No. : HODETO02
Date        : 08/01/2003

**TOTAL DUE : 751.40**

## PLEASE REMIT PAYMENT TO:

Remit To:  **Art Miller & Associates**
**P.O. Box 5337**
**Baltimore, MD 21209**

We are now accepting   as your payment option!

SEE REVERSE SI...



EXHIBIT

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENT...
ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PA...
TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH INVO...

Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control

# Art Miller
## & ASSOCIATES, INC.
### COURT REPORTERS AND VIDEOGRAPHERS
reporting@artmiller.com • www.artmiller.com
**P.O. Box 5337 • Baltimore, MD 21209**

OFFICES IN: BALTIMORE • COLUMBIA • WASHINGTON, D.C.
PHONE (410) 367-3838 • FAX (410) 367-3883
Tax ID No. 52-1694968

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 9535 | 10/23/2003 | 01-7214 |

| DEPOSITION DATE | | COURT REPORTER |
|---|---|---|
| 09/29/2003 | | SAUTLE |

| CASE NAME |
|---|
| NICHOLS VS. CAROLINE COUNTY |

| TERMS |
|---|
| Due upon receipt |

STEVEN SCHWARTZMAN, ESQUIRE
HODES, ULMAN, PESSIN & KATZ
901 DULANEY VALLEY ROAD
SUITE 400
TOWSON, MD 21204

```
1 CERTIFIED COPY OF TRANSCRIPT OF:                              482.90
  JANET FOUNTAIN-169 PAGES                                       12.22
  SHIPPING & HANDLING

                                        TOTAL  DUE  >>>>         495.12


EXPEDITED DELIVERY
```

52-1694968                          (410) 938-8800    Fax  (410) 938-8909

*Please detach bottom portion and return with payment.*

| CLIENT |
|---|
| STEVEN SCHWARTZMAN, ESQUIRE |
| HODES, ULMAN, PESSIN & KATZ |
| 901 DULANEY VALLEY ROAD |
| SUITE 400 |
| TOWSON, MD 21204 |

Invoice No.:  9535
Date       :  10/23/2003
**TOTAL DUE :   495.12**

Job No.   :  01-7214
Case No.  :
NICHOLS VS. CAROLINE COUNTY

| PLEASE REMIT PAYMENT TO: |
|---|

Remit To:   **Art Miller & Associates**
            **P.O. Box 5337**
            **Baltimore, MD 21209**

We are now accepting   as your

SEE REVERSE S

**EXHIBIT**

3

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDEN
ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PA
TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH INV

Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control

OFFICES IN: BALTIMORE • COLUMBIA • WASHINGTON, D.C.

PHONE (410) 367-3838 • FAX (410) 367-3883

Tax ID No. 52-1694968

# Art Miller & ASSOCIATES, INC.

**COURT REPORTERS AND VIDEOGRAPHERS**

reporting@artmiller.com • www.artmiller.com

**P.O. Box 5337 • Baltimore, MD 21209**

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 9430 | 10/20/2003 | 01-7077 |

| DEPOSITION DATE | COURT REPORTER |
|---|---|
| 09/16/2003 | SAUTLE |

| CASE NAME |
|---|
| NICHOLS  VS. CAROLINE COUNTY |

| TERMS |
|---|
| Due upon receipt |

STEVEN SCHWARTZMAN, ESQUIRE
HODES, ULMAN, PESSIN & KATZ
901 DULANEY VALLEY ROAD
SUITE 400
TOWSON, MD 21204

```
1 CERTIFIED COPY OF TRANSCRIPT OF:                        498.20
    LARRY LORTON, PH.D. -212 PAGES
        SHIPPING & HANDLING                                 10.30

                          TOTAL  DUE  >>>>               508.50
```

52-1694968                                (410) 938-8800    Fax  (410) 938-8909

*Please detach bottom portion and return with payment.*

**CLIENT**

STEVEN SCHWARTZMAN, ESQUIRE
HODES, ULMAN, PESSIN & KATZ
901 DULANEY VALLEY ROAD
SUITE 400
TOWSON, MD 21204

Invoice No.: 9430
Date       : 10/20/2003
**TOTAL DUE  :      508.50**

Job No.    : 01-7077
Case No.   :
NICHOLS  VS. CAROLINE COUNTY

**PLEASE REMIT PAYMENT TO:**

Remit To:    **Art Miller & Associates**
             **P.O. Box 5337**
             **Baltimore, MD 21209**

We are now
accepting  

as your

SEE REVERS

**EXHIBIT**

4

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO ID
ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS
TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH

Realtime Reporting • Data Bank Retrieval • Legal Videography • Computer Simulations for Trial • Audiotape Backups for Quality Control

OFFICES IN: BALTIMORE • TOWSON • COLUMBIA • WASHINGTON, D.C.
PHONE (410) 367-3838 • FAX (410) 367-3883

# Art Miller & ASSOCIATES, INC.
COURT REPORTERS AND VIDEOGRAPHERS
reporting@artmiller.com • www.artmiller.com
P.O. Box 5337 • Baltimore, MD 21209

Tax ID No. 52-1694968

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 9428 | 10/20/2003 | 01-7214 |

| DEPOSITION DATE | COURT REPORTER |
|---|---|
| 09/29/2003 | SAUTLE |

| CASE NAME |
|---|
| NICHOLS  VS.  CAROLINE COUNTY |

| TERMS |
|---|
| Due upon receipt |

STEVEN SCHWARTZMAN, ESQUIRE
HODES, ULMAN, PESSIN & KATZ
901 DULANEY VALLEY ROAD
SUITE 400
TOWSON, MD 21204

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| ROBERT EUGENE SMITH - 99 PAGES | | 239.60 |
| SHIPPING & HANDLING | | 8.95 |
| | | |
| TOTAL  DUE  >>>> | | 248.55 |

52-1694968                (410) 938-8800    Fax  (410) 938-8909

*Please detach bottom portion and return with payment.*

## CLIENT
STEVEN SCHWARTZMAN, ESQUIRE
HODES, ULMAN, PESSIN & KATZ
901 DULANEY VALLEY ROAD
SUITE 400
TOWSON, MD 21204

Invoice No. :  9428
Date        :  10/20/2003
**TOTAL DUE :     248.55**

Job No.   :  01-7214
Case No.  :
NICHOLS  VS.  CAROLINE COUNTY

## PLEASE REMIT PAYMENT TO:

Remit To:   **Art Miller & Associates**
            **P.O. Box 5337**
            **Baltimore, MD 21209**

We are now
accepting               as your

SEE REVERSE

BY RECEIVING THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDE...
ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS P...
TERMS: NET 15 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.5 PERCENT PER MONTH IN...

EXHIBIT
5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **Plaintiff(s)** | **BILL OF COSTS** |

NORMAN L. NICHOLS

**vs.**    **Case Number** JFM 02 3523

CAROLINE COUNTY BOARD OF EDUCATION

**Defendant(s)**

Judgment having been entered in the above entitled action on ___2/23/04___ against
__NORMAN L. NICHOLS__, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ $2,003.57 (see attache motion) |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemize on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in this case | $ |
| Docket fees under 28 U.S.C. 1923 | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Compensation of court-appointed experts | $ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ |
| Other costs (please itemize) | $ |
| TOTAL | $ $2,003.57 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action
and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was
mailed today with postage prepaid to:__FREDERICK P. CHARLESTON, ESQ., 2530 NORTH CHARLES STREET,__
SUITE 201, BALTIMORE, MARYLAND   21218.

__STEVEN B. SCHWARTZMAN__      _____
Print Name of Attorney                Signature of Attorney        Date

__CAROLINE COUNTY BOARD OF EDUCATION__
Print Name of Claiming Party

Costs are taxed in the amount of $_____ and included in the judgment.

Felicia C. Cannon, Clerk

By: _____

U S  District Court (1/2000) -Bill of Costs