IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN L. NICHORS, JR.   *
                                                                         *

     v.                                            *   Civil No. JFM-02-3523
                                                      *

CAROLINE COUNTY BOARD   *
OF EDUCATION   *
                                              *****

ORDER

Upon consideration of plaintiff's motion to alter, amend or reconsider judgment or order and defendant's opposition thereto, it is, this 12th day of April 2004

ORDERED that the motion be denied.

                                                     /s/
                                                   J. Frederick Motz
                                                 United States District Judge