JUDGMENT

FILED: November 29, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 04-1607
CA-02-3523-1-JFM

NORMAN L. NICHOLS, JR.

    Plaintiff - Appellant

CAROLINE COUNTY BOARD OF EDUCATION

    Defendant - Appellee

---------------------
Appeal from the United States District Court for the
District of Maryland at Baltimore
---------------------

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment take effect upon issuance of the mandate.

                              s/ Patricia S. Connor
                              _____
                                  CLERK

UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1607

NORMAN L. NICHOLS, JR

          Plaintiff - Appellant,

versus

CAROLINE COUNTY BOARD OF EDUCATION,

          Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-02-3523-1-JFM)

Submitted: November 8, 2004      Decided: November 29, 2004

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion

Norman L. Nichols, Jr., Appellant Pro Se. Leslie Robert Stellman, Steven Bruce Schwartzman, HODES, ULMAN, PESSIN & KATZ, P.A., Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit See Local Rule 36(c).

PER CURIAM:

Norman L. Nichols, Jr., appeals the district court's order granting summary judgment for the Caroline County Board of Education on Nichols's racial, gender, religion, and speech discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Nichols v. Caroline County Bd. of Educ.</u> No. CA-02-3523-1-JFM (D. Md. Feb. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>**AFFIRMED**</u>