IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN L. NICHOLS, JR. | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JFM-02-3523 |
| CAROLINE COUNTY BOARD OF EDUCATION | * | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S RENEWED BILL OF COSTS

The Board of Education of Caroline County ("Board of Education"), Defendant, by its undersigned counsel Leslie R. Stellman, Steven B. Schwartzman, and Hodes, Ulman, Pessin & Katz, P.A., and pursuant to Local Rule 109, hereby renews its request for a Bill of Costs ordering that Plaintiff be ordered to pay the Defendant all recoverable costs incurred by it in this action.

1. The Board of Education filed its Bill of Costs on February 25, 2004.

2. Plaintiff filed an Opposition on March 10, 2004. On March 23, 2004, the Board of Education filed a Reply.

3. On May 7, 2004, Plaintiff filed an appeal with the United States Court of Appeals for the Fourth Circuit.

4. On December 1, 2004, the Fourth Circuit affirmed this Court's ruling.

For the reasons stated in its prior motion, memorandum in support and reply (which are incorporated by reference herein), the Board of Education requests that the Court order Plaintiff to pay all recoverable costs.

        /s/
Leslie Robert Stellman
Federal Bar No. 01673


        /s/
Steven B. Schwartzman
Federal Bar No. 04686
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road - 4th Floor
Towson, Maryland 21204
410-938-8800
410-938-8909

**ATTORNEYS FOR THE DEFENDANT BOARD OF EDUCATION OF CAROLINE COUNTY**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2004, a copy of the foregoing Renewed Bill of Costs was filed electronically and sent by U.S. first-class mail, postage pre-paid, to:

> Mr. Norman L. Nichols, Jr.
> 209 Reliance Avenue
> Federalsburg, Maryland 21632
>
> **PLAINTIFF,** *PRO SE*

        /s/
Steven B. Schwartzman


G:\files\STEVE\Caroline County BOE-Nichols\Renewed Motion for Bill of Costs.doc