UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 3, 2005

No. 04-1607
CA-02-3523-1-JFM

NORMAN L NICHOLS, JR.

    Plaintiff - Appellant

v.

CAROLINE COUNTY BOARD OF EDUCATION

    Defendant - Appellee

---
O R D E R
---

    appellant has filed a petition for rehearing.

    Court denies the petition for rehearing

    Entered at the direction of Judge King, with the concurrence of Judge Luttig and Judge Duncan.

    For the Court,

    /s/ Patricia S. Connor
    _____
    CLERK

