NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

January 11, 2005

**MANDATE**

    Clerk, District Court

FROM:  Michael Radday
       Deputy Clerk

RE    04-1607 Nichols v. Caroline County Bd
      CA-02-3523-1-JFM

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 11/29/04.

[ ] Order and Certified Copy of Judgment
[X] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number

    Steven Bruce Schwartzman
    Leslie Robert Stellman
    Norman L. Nichols Jr.

JUDGMENT

FILED: November 29, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 04-1607
CA-02-3523-1-JFM

NORMAN L. NICHOLS, JR.

    Plaintiff - Appellant

v.

CAROLINE COUNTY BOARD OF EDUCATION

    Defendant - Appellee

------------------------
Appeal from the United States District Court for the
District of Maryland at Baltimore
------------------------

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate

                        s   Patricia S. Connor
                        _____
                               CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
    Deputy Clerk

<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-1607

---

NORMAN L. NICHOLS, JR.,

                                   Plaintiff - Appellant,

versus

CAROLINE COUNTY BOARD OF EDUCATION,

                                   Defendant - Appellee

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-02-3523-1-JFM)

---

Submitted: November 8, 2004         Decided: November 29, 2004

---

Before LUTTIG, KING, and DUNCAN, Circuit Judges

---

Affirmed by unpublished per curiam opinion

---

Norman L. Nichols, Jr., Appellant Pro Se. Leslie Robert Stellman, Steven Bruce Schwartzman, HODES, ULMAN, PESSIN & KATZ, P.A., Towson, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit See Local Rule 36(c).

PER CURIAM

Norman L Nichols, Jr., appeals the district court's order granting summary judgment for the Caroline County Board of Education on Nichols's racial gender, religion, and speech discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Nichols v. Caroline County Bd. of Educ.</u>, No CA-02-3523-1-JFM (D. Md. Feb. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process

<u>AFFIRMED</u>

2